UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RISE DEVELOPMENT PARTNERS, LLC, ET AL.,

        Plaintiffs,

- against -

SIGNATURE BANK, ET AL.,

        Defendants.

---

23-cv-4242 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    This case was recently transferred from the U.S. District Court for the Eastern District of New York and assigned to the undersigned. See ECF No. 20. The parties are directed to file a joint letter apprising this Court of the status of the case by Thursday, May 25, 2023.

SO ORDERED.

Dated:    New York, New York
            May 23, 2023

                                      John G. Koeltl
                                United States District Judge