UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RISE DEVELOPMENT PARTNERS, LLC, ET AL.,

          Plaintiffs,

- against -

SIGNATURE BANK, ET AL.,

          Defendants.

23-cv-4242 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The FDIC-Receiver is directed to provide the Court with paper courtesy copies of all papers filed in connection with its stay motion. See ECF Nos. 3, 4, 5, 12.

SO ORDERED.

Dated:    New York, New York
          May 26, 2023

                                /s/ John G. Koeltl
                                John G. Koeltl
                        United States District Judge