UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RISE DEVELOPMENT PARTNERS, LLC, ET AL.,

        Plaintiffs,

- against -

SIGNATURE BANK, ET AL.,

        Defendants.

23-cv-4242 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs may respond to the FDIC's motion pursuant to 12 U.S.C. § 1821(d) for either (1) a stay of this action pending completion of FIRREA's administrative claims process, or (2) a 90-day stay under Section 1821(d)(12)(B), see ECF Nos. 3-5, by **June 15, 2023**. The FDIC may reply by **June 20, 2023**.

SO ORDERED.

Dated:    New York, New York
            June 5, 2023

                                        John G. Koeltl
                              United States District Judge