UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RISE DEVELOPMENT PARTNERS, LLC, ET AL.,

           Plaintiffs,

- against -

SIGNATURE BANK, ET AL.,

           Defendants.

23-cv-4242(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should file a status report every sixty days in this action which has been stayed.

SO ORDERED.

Dated:    New York, New York
            September 20, 2023

                                                      John G. Koeltl
                                         United States District Judge