```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| RISE DEVELOPMENT PARTNERS, LLC, ET AL., | 23-cv-4242(JGK) |
| Plaintiffs, | <u>ORDER</u> |
| - against - | |
| SIGNATURE BANK, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The FDIC-R may move to dismiss by **February 9, 2024**. The plaintiffs' response is due **March 11, 2024**. The deadline to reply is **March 15, 2024**. No pre-motion conference is necessary. The case is stayed pending a decision on the motion to dismiss.

SO ORDERED.

Dated:  New York, New York
        January 19, 2024

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                    United States District Judge