UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RISE DEVELOPMENT PARTNERS, INC., ET AL.,

        Plaintiffs,

- against -

SIGNATURE BANK, ET AL.,

        Defendants.

23-cv-4242 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The deadline for the plaintiffs to file an Amended Complaint is **February 23, 2024**. The deadline for the defendants to answer or move with respect to the Amended Complaint is **March 19, 2024**. The response is due **April 5, 2024**. The deadline to reply is **April 15, 2024**. No pre-motion conference will be necessary.

SO ORDERED.

Dated:    New York, New York
            February 6, 2024

                                                  John G. Koeltl
                                       United States District Judge