**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RISE DEVELOPMENT PARTNERS, LLC, ET AL.,

                Plaintiffs,

-against-                                                                  23 **CIVIL** 4242 (JGK)

                                                                    **JUDGMENT**

SIGNATURE BANK, ET AL.,

                Defendants.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated October 22, 2024, defendants' motions to dismiss are granted and the Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        October 22, 2024

                                                        **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                        **BY:**

                                                      **Deputy Clerk**